**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CIVIL ACTION NO. 15-CV-00067-DLB**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                  **UNITED STATES'S NOTICE OF DISMISSAL**

**RICHARD E. PAULUS, M.D.**                                         **DEFENDANT**

\* \* \* \* \* \*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the United States provides notice that it is voluntarily dismissing this False Claims Act action against the Defendant, Dr. Richard E. Paulus. As background, the United States notes that this civil action was filed in parallel to a criminal health care fraud indictment of the Defendant in September 2015. The parties jointly moved to stay this action pending resolution of the criminal case, and the Court entered an Order to that effect on October 21, 2015. [D.E. 5: Order.] Following trial and numerous post-trial proceedings, judgment against the Defendant was finally entered in the criminal case on May 3, 2019. *See United States v. Paulus*, No. 15-cr-15-DLB, D.E. 381. As part of that judgment, the Defendant was ordered to pay $1,156,120.23 in restitution to various health insurance programs, including Medicare and Kentucky Medicaid, the alleged victims in this action. *Id.* Under the circumstances, the United States submits that further litigation of this parallel False Claims Act suit would not be in the interest of justice or the best interests of the United States, and therefore voluntarily dismisses the action.

                                                              Respectfully Submitted,

                                                              ROBERT M. DUNCAN, JR.
                                                              UNITED STATES ATTORNEY

By:    s/ Paul McCaffrey
          Paul McCaffrey
          Assistant United States Attorney
          260 W. Vine St., Suite 300
          Lexington, Kentucky 40507-1612
          (859) 685-4820
          Paul.McCaffrey@usdoj.gov

## CERTIFICATE OF SERVICE

On July 12, 2019, I electronically filed this document through the ECF system which provided notice to counsel of record.

                                                              s/ Paul McCaffrey
                                                              Assistant United States Attorney